# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Chicago Title Insurance Company,

       Plaintiff,                        Civil 10-165 (RHK/SRN)

vs.                               **DISQUALIFICATION AND**
                                       **ORDER FOR REASSIGNMENT**

Tony Heifort and Heidi Heifort,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: April 15, 2010

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge